**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| PNC BANK, NATIONAL ASSOCIATION | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 4:26-cv-3712 |
| EVERYDAY INVESTMENTS, INC.; MOHAMMED MOOSANI; AND PROFESSIONAL TRAFFIC CONTROL, LLC. | § § § § § § | |
| *Defendants.* | § | |

## MOTION FOR ENTRY OF DEFAULT UNDER FED. R. CIV. P. 55(a)

The plaintiff in this action, PNC Bank, National Association ("PNC"), files this its Motion for Entry of Default under Fed. R. Civ. P. 55(a), and in support thereof would respectfully show the Court as follows:

1.      The names of the Defendants against whom entry of default is sought are Everyday Investments, Inc., Mohammed Moosani, and Professional Traffic Control, LLC.

2.      Plaintiff filed its Original Complaint (the "Complaint"), asserting claims for breach of contract, breach of guaranty, and judicial foreclosure of a deed of trust lien, in the above-captioned action on May 7, 2026.

3.      On June 2, 2026, the Summons and Complaint were served on Defendant Everyday Investments, Inc. through its registered agent via process server. Additionally, on June 8, 2026, the Summons and Complaint were served on Defendant Mohammed Moosani, individually, by personal delivery, and on Defendant Professional Traffic Control, LLC through its registered agent, Mohammed Moosani, via process server. Attached hereto as Exhibit "A" to the Affidavit of Matthew J. McGowan are the Returns of Service, which were filed with the Court on June 2,

2026 [Doc. # 9] and June 11, 2026 [Doc. # 10; Doc. # 11].

4.      The time for filing an Answer or other response expired on June 23, 2026 as to Defendant Everyday Investments, Inc., and on June 29, 2026 as to Defendants Mohammed Moosani and Professional Traffic Control, LLC.

5.      No answer or other response has been filed or docketed with the Court. Defendants have not answered, appeared, or otherwise defended in this action, and the time for each Defendant to do so has expired.

6.      The default of the Defendants is hereby requested and the Clerk of the Court should enter a Default.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the Clerk of the Court enter a Default against the Defendants, Everyday Investments, Inc., Mohammed Moosani, and Professional Traffic Control, LLC.

**Respectfully submitted,**

PADFIELD & STOUT, L.L.P.
100 Throckmorton Street, Suite 700
Fort Worth, Texas 76102
817-338-1616 - Telephone
817-338-1610 - Facsimile

*/s/ Matthew J. McGowan*
Jeffrey V. Leaverton
Texas Bar No. 24078840
jleaverton@padfieldstout.com
Matthew J. McGowan
Texas Bar No. 24098077
mmcgowan@padfieldstout.com

*Attorneys for Plaintiff PNC Bank, National Association*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2026, a true and correct copy of the foregoing Motion for Entry of Default, together with the Affidavit of Matthew J. McGowan and exhibits thereto, was served by via United States certified mail, return receipt requested, upon the following:

Everyday Investments, Inc.
c/o Legalinc Corporate Services, Inc., Registered Agent
10601 Clarence Drive, Suite 250
Frisco, Texas 75033

Mohammed Moosani
10 Lochbury Court
Spring, Texas 77379

Professional Traffic Control, LLC
c/o Mohammed Moosani, Registered Agent
10 Lochbury Court
Spring, Texas 77379

*/s/ Matthew J. McGowan*
Matthew J. McGowan
